IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-46-2 |
| ) | |
| SHAWN WILLIAMS, ) | |
|   a/k/a Malik Muhammad, ) | |
| ) | |
|       Defendant. ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, SHAWN WILLIAMS, a/k/a Malik Muhhamad, as a result of the Indictment returned against him on May 2, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated:

AND NOW, this __2__ day of __May__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of SHAWN WILLIAMS, a/k/a Malik Muhammad.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge