# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-46-2-KAJ |
| v. | § | |
| | § | |
| **SHAWN WILLIAMS** | § | |
| Defendant. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SCI - GRATEFORD, PA.

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **SHAWN WILLIAMS** who is now detained and imprisoned in SCI - GRATEFORD, PA and who is a defendant in the above-entitled cause, in which cause the said **SHAWN WILLIAMS** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) and 846 for an **INITIAL APPEARANCE on THURSDAY, JUNE 8, 2006** at **1:00 PM** and to be returned to the Warden of SCI - GRATEFORD, PA after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 22ND day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk



FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE