IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
|   v. | )   Crim. Act. No. 06-46-KAJ |
| SHAWN WILLIAMS, | ) |
|     Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_\_    Crime of violence (18 U.S.C. § 3156)

    \_\_X\_\_    Maximum sentence life imprisonment or death

    \_\_X\_\_    10+ year drug offense

    \_\_\_\_\_    Felony, with two prior convictions in above categories

    \_\_X\_\_    Serious risk defendant will flee

    \_\_\_\_\_    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_\_X\_\_    Defendant's appearance as required

    \_\_X\_\_    Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

    __X__   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____   Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____   At first appearance

    __X__   After continuance of __3__ days (not more than 3).

    DATED this __6th__ day of __June__, 2006.

                                COLM F. CONNOLLY
                                United States Attorney


                            BY: _/s/_____
                                Richard G. Andrews
                              First Assistant U. S. Attorney