AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

SHAWN WILLIAMS,
a/k/a Malik Muhammad

**WARRANT FOR ARREST**

Case Number:  CR 06-46-2-UNA- KAJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **SHAWN WILLIAMS**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONSPIRACY TO DISTRIBUTE MORE THAN 5 KILOGRAMS COCAINE - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE - ( COUNT II );

in violation of Title ___21___ United States Code, Section(s) ___846___

PETER T. DALLEO                          BY: _____ ; DEPUTY CLERK
Name of Issuing Officer                   Signature of Issuing Officer

CLERK OF COURT                            MAY 3, 2006 AT WILMINGTON, DE
Title of Issuing Officer                  Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Scott Duffey | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____