IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-46-JJF |
| | ) | |
| BRADLEY TORRENCE a/k/a Tuffy, and | ) | |
| SHAWN WILLIAMS, a/k/a Malik | ) | |
| Muhammad, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews as one of the attorneys of record on behalf of the United States of America.

                        COLM F. CONNOLLY
                        United States Attorney

                        By: _____
                        Douglas E. McCann
                        Assistant United States Attorney

Dated: April 24, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-46-JJF |
| ) | |
| BRADLEY TORRENCE a/k/a Tuffy, and ) | |
| SHAWN WILLIAMS, a/k/a Malik ) | |
| Muhammad, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, employee with the United States Attorney's Office, hereby certify that on April 24, 2007, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing via U.S. mail to counsel of record as follows:

Brian McMonagle, Esquire
30 South 15th Street
Suite 701
Philadelphia, PA 19102-4807

*/s/ Marie Steel*
Marie Steel
Legal Assistant