IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-46-2 JJF |
| SHAWN WILLIAMS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Two of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Friday, September 14, 2007, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 25, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE


FILED
APR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE